UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA, :

        Plaintiff, :

        v. :

Hector R. Torres, : COURT NO: 3:00CV01531 (AWT)

        Defendant, :

        and :
Woodbridge Country Club
Payroll/Legal Department :
50 Woodfield Rd.
Woodbridge, CT 06525 :

        Garnishee. :

## ANSWER OF THE GARNISHEE

I, _Woodbridge Country Club Inc_ , BEING DULY SWORN DEPOSES AND SAYS:
(affiant) by _James S. Brunke__ its attorney duly authorized_

IF GARNISHEE IS AN INDIVIDUAL:

That he/she is Garnishee herein doing business in the name of _____.
   state full name and address of business

IF GARNISHEE IS A PARTNERSHIP:

That he/she is a member of the Garnishee's partnership

IF GARNISHEE IS A CORPORATION:

That he/~~she~~ is the _attorney, duly authorized_ of Garnishee, a
                (state official title)

corporation, organized under the laws of the State of _Conn_.

On _Nov. 3_, 2003, Garnishee was served with the Writ of Garnishment.

For the pay period in effect on the date of service:

Yes    No

✓  ___   1.  Defendant was in my/our employ.

        2.  Pay period is ✓ weekly, ___ bi-weekly,
            ___ semi-monthly, ___ monthly.

11/3/03     Enter the date present pay period began.
            (present means the pay period in which this
            order and notice of garnishment were
            served)

11/9/03     Enter date above pay period ends.

        3.  Enter amount of net wages.  Calculate below:
            (a) Gross Pay                    $ 204.00
            (b) Federal income tax           $   9.34
            (c) F.I.C.A income tax           $  15.61
            (d) State income tax             $    -0-
            Total of tax withholdings        $  24.95
            Net Wages                        $ 179.05 *
            (less total of b,c,d)

   *Please note that pursuant to 28 U.S.C. § 3205, the government is entitled to garnish up to 25% for the judgment debtor's net wages.

   The Garnishee has the following objections, defenses or setoffs to Plaintiff's right to apply Garnishee's indebtedness to Defendant upon Plaintiff's Claim: __None__

2

\*\* Check 1 and/or 2 if applicable\*\*

___✓___  1. The Garnishee is in no manner and upon no account indebted or under liability to the defendant, <u>Hector R. Torres,</u> and that the Garnishee does not have in his/her/its possession or control any property belonging to the Defendant, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.

_____  2. The Garnishee hereby requests a hearing regarding this Writ of Garnishment because _____

_____

The Garnishee mailed a copy of this Answer by first-class mail to the Defendant on _____ at
(date)

_____
(state street address, city, state and zip code)
or hand delivered to _50 Woodfield Rd, Woodbridge, CT 06525_
(state actual address of where it was hand delivered)

on __11/3/03__
(date)

_Woodbridge Country Club, Inc_

by _(signature)_

_James S. Brunette, its attorney duly authorized_
(Affiant's signature)

Subscribed and sworn to before me this _13_ day of _NOVEMBER_, 2003.

_Cecee L. Tarquinio_
Notary Public

My Commission expires: _6/30/06_

3

The *Original Answer* must be mailed to:

> United States District Court
> Office of the Clerk
> 450 Main Street
> Hartford, Connecticut 06103

Mail the check (made payable to the **Department of Justice**) and a **copy** of this Answer to:

> United States Attorney
> Connecticut Financial Center
> 157 Church Street
> New Haven, Connecticut 06510
> Attn:  Financial Litigation Unit

4